IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KIMBERLY CHIPMAN**                                                                     **PLAINTIFF**

v.                               Case No. 3:15-cv-143 KGB

**MISSISSIPPI COUNTY**
**SHERIFF'S DEPARTMENT and**
**DALE COOK, individually and**
**officially as Sheriff**                                                                **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to dismiss defendant sheriff's department (Dkt. No. 13). Plaintiff Kimberly Chipman has not responded to the motion, and the time for filing a response has passed. Through informal communications with the Court, counsel for Ms. Chipman indicated that she does not oppose the dismissal of the complaint as against the Mississippi County Sheriff's Department. The Court grants the motion to dismiss and hereby dismisses the complaint as against the Mississippi County Sheriff's Department. The claims against Sheriff Dale Cook individually and in his official capacity remain pending.

SO ORDERED this the 28th day of December, 2015.

_____
Kristine G. Baker
United States District Judge