IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KIMBERLY CHIPMAN**                                                                                      **PLAINTIFF**

v.                                    **Case No. 3:15-cv-143 KGB**

**DALE COOK, individually and officially as Sheriff**                             **DEFENDANT**

## ORDER

After informal communications with the parties, the Court, *sua sponte*, removes this case from the trial calendar for the week of September 19, 2016. The Court will issue an Order on motions for summary judgment filed by plaintiff Kimberly Chipman and defendant Dale Cook by separate Order (Dkt. Nos. 25; 28).

So ordered this the 2nd day of September, 2016.

_____
Kristine G. Baker
United States District Judge