# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KIMBERLY CHIPMAN**                                                                                   **PLAINTIFF**

**v.**                              **Case No. 3:15-cv-143 KGB**

**DALE COOK, individually and officially as Sheriff**                          **DEFENDANT**

## ORDER

Pursuant to the Order entered in this matter on this date, the Court grants defendant Sheriff Dale Cook's motion for summary judgment (Dkt. No. 25). Plaintiff Kimberly Chipman's claims are dismissed with prejudice.

So adjudged this the 28th day of March, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge